1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHNNY HEARNE,                                No.  2:16-cv-1996 DB P

12                    Plaintiff,

13           v.                                      ORDER

14    DAVID BAUGHMAN, et al.,

15                    Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 plus the $50.00

19    administrative fee nor has he filed an application to proceed in forma pauperis.  See 28 U.S.C. §§

20    1914(a) & 1915(a).  Plaintiff will be granted thirty days to pay the filing fee in full or submit a

21    properly completed application to proceed in forma pauperis.

22           Plaintiff is cautioned that the in forma pauperis application form includes a section that

23    must be completed by a prison official, and the form must be accompanied by a certified copy of

24    plaintiff's prison trust account statement for the six-month period immediately preceding the

25    filing of this action.

26           In accordance with the above, IT IS HEREBY ORDERED that:

27           1.  Plaintiff shall submit, within thirty days from the date of this order, either the $350.00

28    filing fee plus the $50.00 administrative fee or a properly completed application to proceed in

                                                   1

1   forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply

2   with this order or seek an extension of time to do so will result in dismissal of this action without

3   prejudice; and

4           2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma

5   Pauperis By a Prisoner for use in a civil rights action.

6   Dated:  October 11, 2016

7

8

9   DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

10

11  /DLB7;hear1996.3a

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28