UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HEARNE, | No.  2:16-cv-1996 DB P |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  By an order filed October 12, 2016, plaintiff was ordered to pay the filing fee or file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, and was cautioned that failure to do so would result in dismissal of this action.  (ECF No. 5.)  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents.

Accordingly, within twenty days of the date of this order, plaintiff shall show cause why this case should not be dismissed without prejudice for his failure to comply with the court's October 12, 2016 order.  See Fed. R. Civ. P. 41(b); E.D. Cal. R. 110.

Dated:  November 22, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/hear1996.fifp